# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jerri F.,[1] | ) |
|     Plaintiff, | ) Civil Action No. 1:20-4037-RMG |
| vs. | ) |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | ) **ORDER** |
|     Defendant. | ) |

This matter comes before the Court for judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits ("DIB") and Disabled Widow Benefits ("DWB"). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation (R & R) on July 29, 2021, recommending that the decision of the Commissioner be reversed and remanded to the agency because of the failure of the Administrative Law Judge ("ALJ") to address the testimony of four lay witnesses who corroborated aspects of Plaintiff's claim of disability. (Dkt. No. 18 at 28-37). The Acting Commissioner has advised the Court that she does not intend to file objections to the R & R. (Dkt. No. 19).

The Court has reviewed the R & R and the record evidence and finds that the Magistrate

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended referring to Social Security claimants by their first names and last initial to protect the privacy of the claimants.

Judge has ably addressed the factual and legal issues in this matter. Therefore, the Court **ADOPTS** the Report and Recommendation as the order of this Court, **REVERSES** the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** the matter to the Commissioner for further proceedings consistent with this order.

AND IT IS SO ORDERED.

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

Charleston, South Carolina
August 3, 2021